# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FEB 24 '22 PM 3:05 USDC

)
VINCENT GILLESPIE,                                    )
and JOHN DOES 1-10,000,                               )
                                        *Plaintiffs*, )
                                                      )
            vs.                                       )        Case # 3:21-cv-30083-KAR
                                                      )
THE EXECUTIVE OFFICE OF THE,                          )
MASSACHUSETTS TRIAL COURT,                            )
CHIEF JUSTICE PAULA CAREY (in her                     )
Official capacity), THE ESTATE OF                     )
FORMER COURT ADMINSTRATOR                             )
HARRY SPENCE (relating to actions                     )
taken by him in his official capacity),               )
and JOHN DOES 1-10,                                   )
                                       *Defendants*.  )
                                                      )

## PLAINTIFFS' MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Vincent Gillespie hereby moves for a dismissal without prejudice of this case.

Respectfully submitted,

*Vincent Gillespie*

Vincent Gillespie
Plaintiff in pro per
    P. O. Box 34
    Orange, Mass.  01364
    978-830-4392

February 17th, 2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Vincent Gillespie, certify that on 2/17/2022 I will have served a copy of the foregoing *Plaintiffs' Motion for Dismissal Without Prejudice* on attorney Andrew Batchelor by sending it by first class mail to:

Andrew Batchelor,
Deputy Regional Chief and Assistant Attorney General
1441 Main Street, Suite 1200
Springfield, Mass. 01103

Date:  2/17/2022                    Signed:  *Vincent Gillespie*
                                             Vincent Gillespie